[No. 71240-3-I.   Division One.   December 22, 2014.]

*In the Matter of the Marriage of* HEIDI RENEE GOUDE, *Respondent*, and MICHAEL ZANE GOUDE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-3-04902-9, Laura C. Inveen, J., entered November 26, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Becker and Appelwick, JJ.

[No. 71258-6-I.   Division One.   December 22, 2014.]

SWEDISH HEALTH SERVICES, *Appellant*, v. THE DEPARTMENT OF HEALTH, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-15721-7, Theresa B. Doyle, J., entered November 14, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Lau and Trickey, JJ.

[No. 71414-7-I.   Division One.   December 22, 2014.]

*In the Matter of the Marriage of* JENNIFER LYNN ROOT, *Respondent*, and SALVADOR AGUILAR HURTADO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-3-00237-3, Suzanne Parisien, J., entered December 20, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Appelwick and Lau, JJ.

[Nos. 31546-1-III; 32004-9-III.   Division Three.   December 23, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD ALLEN COWDEN, *Appellant*.

Appeals from a judgment of the Superior Court for Columbia County, No. 12-1-00033-1, William D. Acey, J., entered March 6, 2013. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Fearing, JJ.